AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WEST, KIMBERLY E. | EASTERN DISTRICT OF OKLAHOMA | 06/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE, FT | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

P.O. BOX 2999
MUSKOGEE, OK 74402-2999

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEST, KIMBERLY E. | 06/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | IRA |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEST, KIMBERLY E. | 06/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | MERRILL LYNCH | CREDIT CARD | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEST, KIMBERLY E. | 06/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANCFIRST - CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 2. ONEOK - SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 3. CITIZENS BANK OF ADA - CHECKING ACCOUNT | A | Dividend | K | T | | | | | |
| 4. BLACKROCK GLOBAL ALLOCATION FD-INSTL (MALOX) | A | Dividend | J | T | | | | | |
| 5. EATON VANCE ATLANTA CAP SMID CAP FD I (EISMX) | | None | J | T | | | | | |
| 6. OAKMARK INTL INVESTOR CL (OAKIX) | A | Dividend | J | T | | | | | |
| 7. OAKMARK GLOBAL SELECT FD INVESTOR (OAKWX) | A | Dividend | J | T | | | | | |
| 8. CATALYST MILLBURN HEDGE STRTGY FD CL I (MCXIX) | | None | J | T | | | | | |
| 9. PRIMECAP ODYSSEY STOCK FUN (POSKX) | A | Dividend | K | T | | | | | |
| 10. BOSTON PARTNERS LONG SHORT EQ INSTL (BPLSX) | | None | J | T | | | | | |
| 11. VIRTUS VONTOBEL EMERG MKTS OPPS I (HIEMX) | A | Dividend | J | T | | | | | |
| 12. INVESCO MULTI-ASSET INCOME FUND CL Y (PIYFX) | A | Dividend | J | T | | | | | |
| 13. LOOMIS SAYLES STRATEGIC INC Y (NEZYX) | A | Dividend | J | T | | | | | |
| 14. INVESCO EXCHNG TRADED FD TR II S&P (XSLV) | A | Dividend | J | T | | | | | |
| 15. POWERSHARES EXCH TRADED FD TST II | A | Dividend | | | Merged (with line 14) | 06/04/18 | J | | |
| 16. IVY ASSET STRATEGY FUN (Y) | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WEST, KIMBERLY E. | 06/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS:
IVY ASSET STRATEGY WAS SOLD ON 03/02/2016 AND ERRONESOULY INCLUDED IN 2017 FDR. CLIENT DID NOT HOLD IVY ASSET
 STRATEGY IN 2017 OR 2018.
SEE ATTACHED PAGES FROM FINANCIAL STATEMENT SHOWING PROOF OF SALE IN MARCH 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KIMBERLY E. WEST**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Account Number: 595-90X58

# YOUR RETIREMENT ACCOUNT TRANSACTIONS

**SECURITY TRANSACTIONS** (continued)
TRANSACTIONS CONDUCTED PER THE APPLICABLE WRITTEN AGREEMENT

| Settlement Date | Trade Date | Description | Transaction Type | Quantity | Unit Price | De |
|---|---|---|---|---|---|---|
| | | PRINCIPAL 6500.00 | | | | |
| | | Subtotal (Purchases) | | | | 6,500. |
| 03/02 | 03/01 | IVY ASSET STRATEGY | Sale | -302 | 21.1800 | |
| | | FUND CL I FRAC SHR QUANTITY .048 | | | | |
| | | THIS SALE CONSTITUTES A REDEMPTION. | | | | |
| | | PER ADVISORY AGREEMENT. ML ACTED AS AGENT. | | | | |
| | | CUS NO 466061364 SEC NO 9MKM9 PRINCIPAL 6397.38 | | | | |
| | | Subtotal (Sales) | | | | |
| | | **TOTAL** | | | | **6,500.** |

**REALIZED GAINS / (LOSSES)**

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis |
|---|---|---|---|---|---|
| IVY ASSET STRATEGY FD I | 223.0000 | 12/09/09 | 03/01/16 | 4,723.14 | 4,979.59 |
| IVY ASSET STRATEGY FD I | 1.0000 | 12/10/09 | 03/01/16 | 21.18 | 22.25 |
| IVY ASSET STRATEGY FD I | 1.0000 | 12/11/09 | 03/01/16 | 21.17 | 22.27 |
| IVY ASSET STRATEGY FD I | 1.0000 | 12/08/11 | 03/01/16 | 21.18 | 23.45 |
| IVY ASSET STRATEGY FD I | 3.0000 | 12/08/11 | 03/01/16 | 63.54 | 68.76 |
| IVY ASSET STRATEGY FD I | 6.0000 | 12/13/12 | 03/01/16 | 127.08 | 153.77 |
| IVY ASSET STRATEGY FD I | 1.0000 | 12/12/13 | 03/01/16 | 21.18 | 26.00 |
| IVY ASSET STRATEGY FD I | 1.0000 | 12/12/13 | 03/01/16 | 21.18 | 31.18 |
| IVY ASSET STRATEGY FD I | 1.0000 | 12/11/14 | 03/01/16 | 21.18 | 27.94 |
| IVY ASSET STRATEGY FD I | 1.0000 | 12/11/14 | 03/01/16 | 21.18 | 26.00 |
| IVY ASSET STRATEGY FD I | 44.0000 | 12/11/14 | 03/01/16 | 931.92 | 1,143.56 |
| Subtotal (Long-Term) | | | | | |
| IVY ASSET STRATEGY FD I | 1.0000 | 12/10/15 | 03/01/16 | 21.18 | 22.52 |
| IVY ASSET STRATEGY FD I | 1.0000 | 12/10/15 | 03/01/16 | 21.18 | 24.00 |

HFR Merrill Lynch

FBO KIMBERLY E WEST                                    Account Number: 595-90X58

## YOUR RETIREMENT ACCOUNT TRANSACTIONS

### REALIZED GAINS/(LOSSES) (continued)

| Description | Quantity | Acquired Date | Liquidation Date | Sale Amount | Cost Basis |
|---|---|---|---|---|---|
| IVY ASSET STRATEGY FD I | .0480 | 12/10/15 | 03/01/16 | 1.02 | 1.08 |
| IVY ASSET STRATEGY FD I | 17.0000 | 12/10/15 | 03/01/16 | 360.07 | 382.67 |
| Subtotal (Short-Term) | | | | | |
| **TOTAL** | | | | **6,397.38** | **6,955.04** |

○ - Excludes transactions for which we have insufficient data

### SECURITIES YOU TRANSFERRED IN/OUT

| Date | Description | Transaction Type | Quantity |
|---|---|---|---|
| 03/01 | LOOMIS SAYLES STRATEGIC INC FD CL Y FULL SHARE ACCUM SHARE VALUE $18.30 | Journal Entry | 1 |
| | **NET TOTAL** | | |

### CASH/OTHER TRANSACTIONS

| Date | Transaction Type | Quantity | Description |
|---|---|---|---|
| 03/03 | Journal Entry | | INV. ADVISORY FEE MAR |
| 03/07 | Journal Entry | | MUTUAL FUND REBATE |
| | Subtotal (Other Debits/Credits) | | |
| | **NET TOTAL** | | |

### SWEEP PROGRAM TRANSACTIONS

| Date | Transaction Type | Quantity | Description |
|---|---|---|---|
| 03/02 | Withdrawal | -102 | BANK OF AMERICA, NA RASP FRAC SELL .62 @ 1.00 |
| 03/04 | Withdrawal | -106 | BANK OF AMERICA, NA RASP FRAC SELL .77 @ 1.00 |
| 03/08 | Deposit | 11 | BANK OF AMERICA, NA RASP |